UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIMAN RABAH YOUNIS,

    Petitioner,

                                    Civil No. 19-13800

v.

                                    Honorable Sean F. Cox

REBECCA ADDUCCI, et al.,       Mag. Judge R. Steven Whalen

    Respondents.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

By stipulation of the parties, through their counsel, Respondents shall have until March 30, 2020, to file an answer or otherwise respond to the amended petition.

    SO ORDERED.

Dated: February 28, 2020                s/Sean F. Cox
                                                     Sean F. Cox
                                                     U. S. District Judge

SO STIPULATED AND AGREED:

| | |
|---|---|
| EAMAN AND GABBARA PLLC | MATTHEW SCHNEIDER<br>UNITED STATES ATTORNEY |
| */s/ Suzan Gabbara (w/consent)*<br>Suzan Gabbara (P76633)<br>1441 E. Maple Rd., Suite 304<br>Troy, Michigan 48083<br>(248) 633-2244<br>gabbara@eamanlaw.com<br>*Attorney for Petitioner* | */s/ Benjamin A. Anchill*<br>BENJAMIN A. ANCHILL (P70968)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9566<br>benjamin.anchill@usdoj.gov<br>*Attorneys for Respondents* |
| Dated: February 27, 2020 | Dated: February 27, 2020 |