UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIMAN RABAH YOUNIS,

    Petitioner,

                                                     Civil No. 19-13800

v.

                                                   Honorable Sean F. Cox

REBECCA ADDUCCI, et al.,          Mag. Judge R. Steven Whalen

    Respondents.

**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

On March 30, 2020, Respondents filed a motion to dismiss Petitioner's amended petition for a writ of habeas corpus. Petitioner filed a response brief on April 4, 2020. Oral argument is scheduled for June 18, 2020.

By stipulation of the parties, through their counsel, Respondents shall have until May 8, 2020, to file a reply brief in support of their motion to dismiss.

    SO ORDERED.

Dated: April 16, 2020                              s/Sean F. Cox
                                                        Sean F. Cox
                                                        U. S. District Judge

SO STIPULATED AND AGREED:

| | |
|---|---|
| EAMAN AND GABBARA PLLC | MATTHEW SCHNEIDER<br>UNITED STATES ATTORNEY |
| */s/ Suzan Gabbara (w/consent)*<br>Suzan Gabbara (P76633)<br>1441 E. Maple Rd., Suite 304<br>Troy, Michigan 48083<br>(248) 633-2244<br>gabbara@eamanlaw.com<br>*Attorney for Petitioner* | */s/ Benjamin A. Anchill*<br>BENJAMIN A. ANCHILL (P70968)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9566<br>benjamin.anchill@usdoj.gov<br>*Attorneys for Respondents* |
| Dated: April 15, 2020 | Dated: April 15, 2020 |