UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIMAN RABAH YOUNIS,

    Petitioner,

                                                        Civil No. 19-13800

v.

                                                        Honorable Sean F. Cox

REBECCA ADDUCCI, et al.,         Mag. Judge R. Steven Whalen

    Respondents.

## ORDER OF VOLUNTARY DISMISSAL

By stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is voluntarily dismissed with prejudice. Each party shall bear their own fees and costs.

    SO ORDERED.

Dated: April 17, 2020                              s/Sean F. Cox
                                                                      Sean F. Cox
                                                                      U. S. District Judge

SO STIPULATED AND AGREED:

| | |
|---|---|
| EAMAN AND GABBARA PLLC | MATTHEW SCHNEIDER<br>UNITED STATES ATTORNEY |
| */s/ Suzan Gabbara (w/consent)*<br>Suzan Gabbara (P76633)<br>1441 E. Maple Rd., Suite 304<br>Troy, Michigan 48083<br>(248) 633-2244<br>gabbara@eamanlaw.com<br>*Attorney for Petitioner* | */s/ Benjamin A. Anchill*<br>BENJAMIN A. ANCHILL (P70968)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9566<br>benjamin.anchill@usdoj.gov<br>*Attorneys for Respondents* |
| Dated: April 16, 2020 | Dated: April 16, 2020 |